82,905-01

Dear Courts,

I was just writing to inform you all that as of April 9, 2015, I was transferred from Dominguez-Unit to Garza West, which I stayed one night, Friday morning April 10, 2015 I was transferred from there to Darrington Unit which I stayed the whole weekend. Monday morning I was transferred from Darrington Unit to Dori-Unit which I stayed one night there also. Tuesday April 14, 2015 I was transferred from Dori-Unit to East Ham Unit in which I will be permanently housed here. Any mail sent to me from April 9, 2015 up until now and also the future should be sent to this facility.

Thank you very much for your time.

Yours Truly,
Chico Nakia
Curry

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 20 2015

Abel Acosta, Clerk